1  STRATEGIC LEGAL COUNSELING
   Louis F. Teran (State Bar No. 249494)
2  lteran@strategiclegalcounseling.com
   1055 East Colorado Blvd., Suite #500
3  Pasadena, CA 91106
   Telephone:  (818) 484-3217 x200
4  Facsimile:  (866) 665-8877

5  Attorneys for Plaintiff
   INHALE, INC.
6

7              UNITED STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9                   WESTERN DIVISION

10

11  INHALE, INC., a California Corporation      Case No.:

12            Plaintiff,

13

14                                             COMPLAINT FOR:

15     vs.                                      FEDERAL COPYRIGHT
                                                INFRINGEMENT
16  STARBUZZ TOBACCO, INC., a California
17  Corporation;

18  WAEL SALIM ELHALAWANI, an
    individual residing in California
19
                                               DEMAND FOR JURY TRIAL
20
            Defendants
21

22

23

24

25

26

27

28

CV11   03838  ODW  (FFMx)

**PRELIMINARY STATEMENT**

1.      Plaintiff Inhale, Inc. (hereinafter "Inhale") brings this action against Defendant Starbuzz Tobacco, Inc. (hereinafter "Starbuzz") and Defendant Wael Salim Elhalawani (hereinafter "Elhalawani ") under the United States Copyright Law (17 U.S.C. §101) to enjoin the current and prospective infringement of Inhale's federally registered copyright and for recovery of monetary damages resulting from those actions.

**JURISDICTION AND VENUE**

2.      This copyright infringement action arises under 17 U.S.C. §101 et seq.  This Court has jurisdiction over this action under 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1338 (acts of Congress related to copyright).

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b), because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

4.      In addition, Defendants target electronic advertising at this judicial district and maintain at least one (1) "interactive", as opposed to "passive", website from which residents of this judicial district make purchases and interact with Defendants' sales and customer service representatives.  Second, Defendants' website mainly serves to advertise and promote sales of its products.  Third, Defendants conduct telephone and email customer service that puts them in direct communication with residents of this judicial district.  Fourth, Defendants freely choose to fulfill order requests from residents of this judicial district and freely choose to ship products directly to residents of this judicial district with intent to make a profit from those transactions.  Finally, Defendants have advertised, offered for sale, sold, and unless enjoined by this Court, will continue to advertise, offer for sale, and sell in this judicial district products that infringe on Inhale's patent and trademark as set forth more fully herein.  Accordingly, the Court has personal jurisdiction over the Defendants and venue in this District is proper under 28 U.S.C. §§1391(b) and 1391(c).

## THE PARTIES

**A. Plaintiff Inhale**

5.     Plaintiff Inhale is, and at all times mentioned herein was, a corporation organized and existing under the laws of the State of California and having a principal place of business in California.  Inhale designs, manufactures, and sells various types of smoking devices and smoking related products, including hookahs, vaporizers, tobaccoless cigarettes, cigars, electronic cigarettes, and cigarette lighters under the federally registered trademark INHALE.  As such, Plaintiff Inhale owns several patents, trademarks, and copyrights.

**B. The Defendants**

6.     Upon information and belief, Defendant Starbuzz is, and at all times mentioned herein was, a corporation organized and existing under the laws of the State of California, having a principal place of business at 2116 W. Lincoln Ave., Anaheim, CA 92801.  Defendant Starbuzz is a designer, manufacturer, and wholesaler of smokers' articles, including hookahs.

7.     Upon information and belief, Defendant Elhalawani is, and at all times mentioned herein was, an individual resident of the State of California.  Upon information and belief, Defendant Elhalawani is the sole officer, director, and shareholder of Defendant Starbuzz.

8.     Defendant Starbuzz and Defendant Elhalawani are alter egos of one another that share a complete unity of ownership and operation between one another.  Defendant Elhalawani intentionally conceived and manipulated Defendant Starbuzz as a device to avoid personal liability for his wrongful acts.  Upon information and belief, Defendant Elhalawani and Defendant Starbuzz commingle their assets and debts.  As such, failure to disregard the corporate entity Starbuzz as separate and distinct from Elhalawani would sanction a fraud and promote injustice.

# FACTUAL BACKGROUND

**A. Inhale and its Copyright**

9.      Since 1997, Inhale has been an innovator in the design, development, sale, and marketing of hookahs and other smoking devices throughout the United States, Canada, Europe, and Asia.

10.     A hookah is a smoking device or water pipe that is used to smoke herbs, such as tobacco.  The general concept of a hookah has been in existence for centuries with original popularity tracing back to Turkey around the years 1623-1640 where they became an important part of coffee shop culture and the preferred way of smoking tobacco.

11.     The current marketplace is filled with a multitude of hookah designers and manufacturers.  Inhale has earned a leadership position in the marketplace through years of hard work and substantial investment in the branding and innovative design of its various hookahs.  As a result of its endeavors, Inhale has created and owns valuable intellectual property in the form of patents, trademarks, copyrights, and trade secrets.  Inhale has grown to be known as a leading innovator of hookah designs.

12.     Inhale is the owner of the United States Copyright Registration for a 3-dimensional sculpture for a Hookah Water Container with a Registration Number VA0001767997.  Copy of this registration from the United States Copyright Office's website is attached hereto as **Exhibit A**.

13.     Inhale has used the Hookah Water Container covered by the copyright registration in various hookahs since at least 2008.  Representative samples of the various hookahs in which Inhale has used the Hookah Water Container are shown in **Exhibit B**.

**B. Defendant's Wrongful Conduct**

14.     Defendant Starbuzz and Defendant Elhalawani are currently advertising, offering to sell, and selling hookahs that use a hookah water container that is confusingly similar to and infringing on Inhale's Hookah Water Container covered under Inhale's Copyright Registration referenced above.  Representative samples of Inhale's Hookah

Water Container and Defendants' Infringing Hookah Water Container are shown in **Exhibit C** and referred to as "Inhale's Hookah Water Container" and "Infringing Hookah Water Container", respectively.

15.     For about 1 year Inhale was a supplier of custom hookahs to Defendant Starbuzz and Defendant Elhalawani.  The hookahs supplied by Inhale used the Hookah Water Container that is protected by the copyright registration.

16.     On or around late 2010, the business relationship between Inhale and Defendants began to fall apart until Inhale completely seized supplying products to Defendants.

17.     When the business relationship between Inhale and Defendants ended, Defendants contracted a supplier in China to manufacture the hookahs that were formerly supplied by Inhale.

18.     Upon information and belief, Inhale asserts that on or around early 2011, the supplier in China resumed supplying to Defendants hookahs that use reproduced copies of the Hookah Water Container that was designed by Inhale and protected by the copyright registration.

19.     Upon information and belief, Inhale asserts that Defendants imported into the United States hookahs from China that use reproduced copies of the Hookah Water Container that was designed by Inhale and protected by the copyright registration. Defendants imported these hookahs without the permission or consent from Inhale.

20.     Upon information and belief, Inhale asserts that Defendants sold and advertised throughout the United States hookahs that use reproduced copies of the Hookah Water Container that was designed by Inhale and protected by the copyright registration.  Defendants sold and advertised these hookahs without the permission or consent from Inhale.

21.     With full knowledge that Inhale designed and developed the 3-dimensional shape and configuration of the Hookah Water Container that is protected by the copyright registration, Defendants willfully chose to reproduce, import, promote, advertise, and sell

1   the infringing Hookah Water Container throughout the United States without the

2   permission or consent from Inhale.

3                           **FIRST CLAIM FOR RELIEF**

4                    **Copyright Infringement Under 17 U.S.C. §101**

5           22.    Plaintiff repeats and hereby incorporates herein by reference, as though

6   specifically pleaded herein, the allegations of paragraph 1 through 21.

7           23.    Inhale is the exclusive owner of the entire right, title, and interest in and to

8   the Copyright Registration No. VA0001767997 for a 3-dimensional sculpture entitled

9   Hookah Water Container, including all rights to enforce that copyright and to recover for

10  infringement.

11          24.    Inhale has the exclusive right to reproduce the Hookah Water Container 3-

12  dimensional sculpture, and to authorize such reproduction and distribution.

13          25.    Defendants copied and reproduced for their own commercial use the 3-

14  dimensional sculpture of Inhale's copyright registration without Inhale's consent or

15  permission.

16          26.    Defendants' conduct is in violation of the copyright owned by Inhale.

17  Representative samples of Inhale's Hookah Water Container and Defendants' Infringing

18  Hookah Water Container are shown in **Exhibit C**.

19          27.    Unless enjoined from doing so, Defendants' commercial use of Inhale's

20  copyrighted 3-dimensional artwork will cause Inhale irreparable harm by depriving it of

21  both the right to control the reproduction, licensing, and/or distribution from its copyright

22  and to receive revenue therefrom.

23          28.    As a result of Defendants' acts of federal copyright infringement, as alleged

24  herein, Inhale is entitled to monetary damages in an amount to be proven at trial.

25                           **PRAYER FOR RELIEF**

26          WHEREFORE, Plaintiff Inhale prays that this Court grant relief as follows:

27          A.     For a judgment that Defendants have committed acts that violate Inhale's

28  rights under the Copyright Act;

1    B.    For an injunction barring Defendants, their officers, directors, agents,

2    servants, employees, representatives, attorneys, related companies, successors, assigns,

3    and all others in active concert or participation with them from copying and reproducing

4    any of Inhale's copyrighted material without consent, or otherwise infringing Inhale's

5    copyrights or other rights in any manner;

6    C.    For permanent injunctive and declaratory relief barring Defendants from

7    continued infringement of the copyright of Inhale and/or other equitable relief;

8    D.    For an Order ordering Defendants to account to Inhale for all gains, profits,

9    and advantages derived by Defendants by its infringement of Inhale's copyright or such

10   damages as are proper;

11   E.    For an Order awarding Inhale actual and/or statutory damages for

12   Defendants' copyright infringement in an amount to be determined at trial; and since

13   Defendants intentionally infringed Inhale's copyright, for the maximum allowable

14   statutory damages for each violation;

15   F.    For an Order awarding Plaintiff its costs, attorneys' fees, and disbursements

16   in this action, pursuant to 17 U.S.C. §505; and

17   G.    For an Order awarding Plaintiff such other and further relief as the Court

18   deems just and proper.

19

20

21   DATED:  May 3, 2011

22

23

24                                        By:___ _____

25                                              Louis F. Teran

26                                              Attorney for Inhale, Inc.

27

28

COMPLAINT AND DEMAND FOR JURY TRIAL          CASE NO.

| | |
|---|---|
| 1 | **DEMAND FOR JURY TRIAL** |
| 2 | Plaintiff hereby demands trial by jury as provided by Rule 38(a) of the Federal |
| 3 | Rules of Civil Procedure. |
| 4 | |
| 5 | DATED:  May 3, 2011 |
| 6 | By:_____ |
| 7 | Louis F. Teran |
| 8 | Attorney for Inhale, Inc. |

# EXHIBIT A



# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = inhale
Search Results: Displaying 7 of 14 entries



Labeled View

*Hookah Water Container.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001767997 / 2011-04-21 |
| **Application Title:** | Hookah Water Container. |
| **Title:** | Hookah Water Container. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Inhale, Inc. Address: 8616 Cuyamaca St, Santee, CA, 92071, United States. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-08-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Inhale, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: sculpture/3-D artwork. |
| **Rights and Permissions:** | Louis F Teran, Strategic Legal Counseling, 1055 East Colorado Blvd, Suite #500, Pasadena, CA, 91106, United States, (818) 484-3217 x200, (818) 484-3217 x200, lteran@strategiclegalcounseling.com |
| **Names:** | Inhale, Inc. |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format  Full Record | Format for Print/Save | |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page









# EXHIBIT  B



# EXHIBIT  C







INHALE'S
HOOKAH WATER
CONTAINER

INFRINGING
HOOKAH WATER
CONTAINER

INFRINGING
HOOKAH WATER
CONTAINER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV11- 3838 ODW (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

INHALE, INC., a California Corporation

PLAINTIFF(S)

v.

STARBUZZ TOBACCO, INC., a California Corporation;  WAEL SALIM ELHALAWANI, an individual residing in California

DEFENDANT(S).

CASE NUMBER

**CV11  03838** ODW **(FFMx)**

**SUMMONS**

TO:   DEFENDANT(S): <u>NAMED ABOVE</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>Louis F. Teran</u>, whose address is <u>Strategic Legal Counseling; 1055 East Colorado Blvd., Suite #500; Pasadena, CA 91106</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____**MAY – 4 2011**_____

By: _____
CHRISTOPHER POWERS
Deputy Clerk

*(Seal of the Court)*

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

INHALE, INC., a California Corporation

**DEFENDANTS**

STARBUZZ TOBACCO, INC., a California Corporation;
WAEL SALIM ELHALAWANI, an individual residing in California

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Louis F. Teran (SB #249494)
Strategic Legal Counseling
1055 East Colorado Blvd, Suite 500; Pasadena, CA 91106; (818)484-3217 x200

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV11  03838**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | INHALE, INC. - San Diego County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| STARBUZZ TOBACCO, INC. — LA WAEL SALIM ELHALAWANI — LA | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 5/3/11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |