

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INHALE, INC., a California Corporation,<br><br>       Plaintiff,<br><br>     vs.<br><br>STARBUZZ TOBACCO, INC., a California Corporation;<br><br>WAEL SALIM ELHALAWANI, an individual residing in California<br><br>       Defendants. | Case No.:2:11-cv-03838-ODW-FFM<br>**Honorable Otis D. Wright II**<br><br>███████ **ORDER GRANTING AWARD OF ATTORNEYS' FEES TO DEFENDANTS** |
| And Related Counterclaims. | |

1   This matter is before the Court with respect to DEFENDANTS' NOTICE

2

3   OF MOTION AND MOTION FOR ATTORNEYS' FEES ("Motion") filed by

4   Defendants, Starbuzz Tobacco, Inc. and Wael Salim Elhalwani (collectively, the

5   "Defendants"). Having considered the Motion, and the memorandum, and the

6

7   Court being otherwise fully advised in the premises:

8   The Copyright Act grants courts discretion to award reasonable attorneys'

9

10  fees and costs to prevailing parties in civil copyright actions. 17 U.S.C. § 505. In

11  determining whether to award attorneys' fees to a prevailing party, courts consider

12  multiple nonexclusive factors, including (1) the degree of success obtained; (2)

13

14  frivolousness; (3) motivation; (4) objective unreasonableness both in the factual

15  and legal arguments in the case; and (5) the need to advance considerations of

16

17  compensation and deterrence. *Jackson v. Axton*, 25 F.3d 884, 890 (9th Cir. 1994).

18  The Court finds that Defendants achieved total success on the merits of this

19

20  case by prevailing at the summary judgment stage. In opposing summary

21  judgment, Plaintiff failed to present admissible evidence in support of its positions.

22  Plaintiff further made objectively unreasonable factual arguments and adopted

23

24  untenable legal positions. An award of attorneys' fees will deter Plaintiff and

25  future plaintiffs from bringing similarly frivolous claims against innocent

26

27  Defendants. Defendants' success has also furthered the purposes of the Copyright

28  Act in benefitting all users of the public domain, paving the way for future works

██████ Order Granting Award of Attorneys' Fees to Defendants

incorporating the shape at issue.  Additionally and central to the purpose of the Copyright Act, compensating Defendants for defending their works will allow them to produce more creative works that will further enrich the general public.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, Defendants' Motion for Attorneys' Fees is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants are awarded reasonable attorneys' fees in the amount of $ 111,993.00.

**IT IS SO ORDERED.**

DATED: 8/9/2012

OTIS D. WRIGHT

Honorable Otis D. Wright II
United States District Court Judge

Order Granting Award of Attorneys' Fees to Defendants