# UNITED STATES DISTRICT COURT
## Central District of California

Inhale, Inc.

**BILL OF COSTS** (LOCAL RULE 54-4)

V.

Case Number: 2:11-cv-03838-ODW-FFM

Starbuzz Tobacco, Inc., et al.

Judgment having been entered in the above entitled action on _July 6, 2012_ against _Plaintiff, Inhale, Inc._,
Date

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-4.1 ................................................ | $ |
| Fees for service of process: see L.R. 54-4.2 ................................. | |
| United States Marshal's fees: see L.R. 54-4.3 ............................... | |
| Clerk's fees: see L.R. 54-4.4 ............................................... | |
| Reporter's transcripts: see L.R. 54-4.5 ..................................... | |
| Depositions: see L.R. 54-4.6 ................................................ | $1,745.32 ~~2,763.32~~ |
| Witness fees (itemize on page 2): see L.R. 54-4.7 ........................... | |
| Interpreter's and translator's fees: see L.R. 54-4.8 ........................ | |
| Docket fees: see L.R. 54-4.9 ................................................ | |
| Masters, commissioners and receivers: see L.R. 54-4.10 ....................... | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | 132.75 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 ......................... | |
| Other Costs: see L.R. 54-4.13 ............................................... | |
| State Court costs: see L.R, 54-4.14 ......................................... | |
| Costs on appeal: see L.R. 54-5 .............................................. | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 ............ | |

Other (please itemize)

TOTAL $ $1,878.07  ~~2,896.07~~

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner: .

☑ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _s/Natu J. Patel_

Name of Attorney: _Natu J. Patel, The Patel Law Firm, P.C., 2532 Dupont Drive, Irvine, CA 92612; (949)-955-1077_

Costs are taxed in the amount of _$1,878.07_

TERRY NAFISI                By: Rosa Morales            OCTOBER 11, 2012
Clerk of Court              Deputy Clerk                Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | **TOTAL** | | 0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

**SPECIAL NOTE**:  An itemization <u>and</u> documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs.  Documentation shall include receipts, orders and stipulations of the parties.  The claiming party shall ensure that receipts are self-explanatory (i.e. receipts for service to include the name of the individual).  The Clerk's designee may disallow any expenses that do not have supporting documentation.  It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof.  The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

**PROCEDURE FOR FILING BILL OF COSTS**:  **Local Rule 54-3.**  Within (15) days after the entry of judgment, the party entitled to costs shall electronically file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs on Form CV-59.  The Bill of Costs and the Notice of Application to the Clerk to Tax Costs shall be prepared as two separate documents.  All costs shall be specified so that the nature of the claim can be readily understood.  The Bill of Costs will be electronically filed by the Clerk once determination of allowable costs are made.

**APPEARANCE REQUIREMENTS:  Local Rule 54-3.2.**  The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties.  If no objections to the Bill of Costs are filed in compliance with L.R. 54-7, then no appearance by counsel is required.  In the absence of a timely objection, any item listed may be taxed as requested in the Bill of Costs.  When an objection is filed, the Clerk may determine that no hearing is required and the parties will be so notified.  If a hearing is to be held, the Clerk may specify the form of the hearing and determine if telephonic appearances are appropriate.  For further details, please consult the Bill of Costs Handbook available on the court's website.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948):**  Verification of bill of costs.  Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

**Section 1920 of Title 28, which reads in part as follows:**  A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

**The Federal Rules of Civil Procedure contain the following provisions:**

**Rule 54(d)(1)**
Costs Other than Attorney's Fees.  Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party.  But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law.  The clerk may tax costs on 14 day's notice.  On motion served within the next 7 days, the court may review the clerk's action.

**Rule 6(d)**
Additional Time After Certain Kinds of Service.  When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E) or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**Rule 58(e)**
Cost or Fee Awards.  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees.  But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# CERTIFICATE OF SERVICE
## CENTRAL DISTRICT OF CALIFORNIA
Inhale, Inc. v. Starbuzz Tobacco, Inc., et al.: 2:11-cv-03838-ODW-FFM

The undersigned certifies that on July 19, 2012 the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

## BILL OF COSTS

Pursuant to L.R. 5-3.3, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

s/Natu J. Patel
Natu J. Patel

# Exhibit 1

Case 2:11-cv-03838-ODW-FFM   Document 75   Filed 10/11/12   Page 5 of 18   Page ID #:1779

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INHALE, INC., a California Corporation, | Case No.:2:11-cv-03838-ODW-FFM |
| Plaintiff, | **Honorable Otis D. Wright II** |
| v. | **FINAL JUDGMENT** |
| STARBUZZ TOBACCO, INC., a California Corporation; WAEL SALIM ELHALAWANI, an individual residing in California, | |
| Defendants. | |
| And Related Counterclaims. | |

On May 4, 2011, Plaintiff Inhale, Inc. ("Inhale") filed a complaint (the "Complaint") against Defendants Starbuzz Tobacco, Inc. ("Starbuzz") and Wael Salim Elhalwani (collectively the "Defendants") for copyright infringement. [ECF No. 1].

On August 23, 2011, Defendants subsequently filed an answer [ECF No. 17] to the Complaint and Starbuzz filed a counterclaim for invalidity of Inhale's Copyright (the "Counterclaim") [ECF No. 19].

On April 13, 2012, Defendants filed a motion for summary judgment with respect to Inhale's Complaint [ECF No. 40], which was granted by the Court on June 18, 2012. [ECF No. 54].

Pursuant to and for the reasons stated in this Court's June 18, 2012 order, in which the Court granted Defendants' motion for summary judgment with respect to Inhale's claim for copyright infringement, the Court hereby enters final judgment in this matter as follows:

**JURISDICTION**

1) The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, and venue is proper in this district.

**FINDINGS ON SUMMARY JUDGMENT**

2) On May 4, 2011, Plaintiff sued Defendants for copyright infringement, alleging Starbuzz sold water containers, beginning on December 29, 2010, that infringe Plaintiff's copyrighted design. Plaintiff alleges infringement based solely on

the shape of the water container, and not on the skull and crossbones graphic.

3)  On August 29, 2008, Plaintiff published a water container decorated with a skull and crossbones graphic. On April 21, 2011, Plaintiff registered its water container with the United States Copyright Office. Plaintiff's copyright registration is for a "sculpture/3-D artwork" titled "Hookah Water Container."

4)  For the purposes of this lawsuit, Plaintiff disclaimed copyright protection to the skull and crossbones.

5)  The water container is a useful article that holds water for and serves as a base to an attached hookah.

6)  The shape of the water container in this case cannot be physically or conceptually separable from the container because the container's shape and the container are one and the same.

7)  The artistic aspects—if any—of Plaintiff's water container shape, are not separable from its utilitarian elements. Thus, with the skull and crossbones graphic disclaimed, there is no copyright protection for the shape of the water container.

8)  Accordingly, the Defendants do not infringe Plaintiff's copyright.

## DEFENDANT'S COUNTERCLAIM

The parties have stipulated to the voluntary dismissal of Starbuzz's Counterclaim without prejudice. Thus, all issues in this action are resolved.

# JUDGMENT

Based upon the reasons stated above, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

A) Final Judgment is entered in Defendants' favor on all of Inhale's claims in the Complaint.

B) Defendants shall recover the costs they incurred in defending against Inhale's claims.

C) The parties may, not later than fourteen days after entry of this judgment, file any motion and memorandum in support of a request for fees, in accordance with law.

D) Starbuzz's Counterclaim is dismissed without prejudice.

E) Inhale shall take nothing in this action.

F) This Court shall retain jurisdiction of this action for purposes of enforcing any award of costs and attorneys fees, by way of contempt or otherwise.

G) The Clerk is directed to enter this Final Judgment.

**IT IS SO ORDERED.**

DATED: July 6, 2012

_____
Honorable Otis D. Wright II
United States District Judge

**Exhibit 2**

Page 1 of 1

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

David Griffin
The Patel Law Firm, PC
2532 Dupont Drive

Irvine, CA 92612-1524

| INVOICE NO. | A600DD7AA |
|---|---|
| FIRM NO. | 1212427 |
| INVOICE DATE | 4/5/2012 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter, leaster@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | The Patel Law Firm, PC |
|---|---|
| Taking Attorney: | Natu J. Patel |
| Case Name: | Inhale Inc vs Starbuzz Tobacco Inc et al |
| Case No.: | 2:11-cv-03838-ODW-FFM |

Claim No.:
Insurance Co.:
Insured:                                DOL:
Clients Ref.#1:
Clients Ref.#2:
Adjuster:

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Rani Chaoui, taken 3/22/2012. | $ 1401.03 |
| PAYMENT | - 1401.03 |
| BALANCE DUE | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A600DD7AA |
| FIRM NO. | 1212427 |

For: Reporter's transcript of the deposition of Rani Chaoui, taken 3/22/2012.

From:  David Griffin
       The Patel Law Firm, PC
       2532 Dupont Drive

       Irvine, CA 92612-1524

Remit To:  Atkinson-Baker, Inc.
           500 NORTH BRAND BOULEVARD,
           THIRD FLOOR
           GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Invoice

**Skyline Document Solutions Inc.**
17895 Sky Park Circle
Suite G
Irvine, CA 92614
Phone: (949) 756-8335   Fax: (949) 756-8586

| Date | Invoice # |
|---|---|
| 3/21/2012 | 117570 |

Tax I.D. 20-8809328

PAID 04/06/2012

**Bill To:**
The Patel Law Firm
2532 Dupont Drive
Irvine, CA 92612

| Client Contact | Dana Nassiri |
|---|---|

| Matter Number | Rep | Terms |
|---|---|---|
| Inhale Copyright | LW | Net 30 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Number of Sets: 3 Litigation Copies Copies Were Collated Per Original Document | 486 | 0.14 | 68.04T |
| Manila Folders | 15 | 1.50 | 22.50T |
| Staple and/or Clip Copies As Original Copies Were Uncollated Per Instructions Thank You for Choosing Skyline Document Solutions | | | |

Received By:_____

| | |
|---|---|
| Sales Tax (7.75%) | $7.02 |
| **Balance Due** | $0.00 |

PLEASE READ THE REVERSE SIDE CAREFULLY BEFORE SIGNING THIS SERVICE AGREEMENT. BY SIGNING ABOVE YOU ARE CONFIRMING YOU UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS AGREEMENT.

**Exhibit 3**

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700


LA Reporters

# INVOICE

THE PATEL LAW FIRM, P.C.
ATTN: Natu Patel
2532 Dupont Drive
Irvine, CA 92612

Invoice Number:   104009
Invoice Date:   04/10/2012

Client Phone:   949-955-1077

In RE:   Inhale, Inc. vs. Starbuzz Tobacco, Inc
Raed Gamo
Attendance Date: 04/09/2012   Reporter: Deborah Stough

| Qty Description | Ext |
|---|---|
| 85 Rough Ascii | 106.25 |
| Invoice Total: | 106.25 |
| Payments: | 106.25 |
| Total Amount Due: | 0.00 |

We Appreciate Your Business

Payment due upon receipt. Mail to: L.A. Reporters, 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067. Federal I.D.: 37-1621867 Legal and collection fees are the responsibility of the debtor. We understand that some law firms pass the bills through to their clients and/or carriers, however clients of LA Reporters remain fully responsible to pay the invoices billed to them.

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700


L.A. Reporters

# INVOICE

THE PATEL LAW FIRM, P.C.
ATTN: Natu Patel
2532 Dupont Drive
Irvine, CA 92612

Invoice Number: 104041
Invoice Date: 04/18/2012

Client Phone: 949-955-1077

In RE: Inhale, Inc. vs. Starbuzz Tobacco, Inc
RAED GAMMOH
Attendance Date: 04/09/2012   Reporter: Deborah Stough

| Qty | Description | Ext |
|---|---|---|
| 83 | Certified Copy Pages, Copy Sale | 290.50 |
| 5 | Exhibit Pages Copied | 2.50 |
| 3 | Color exhibits | 6.00 |
| 1 | Transcript Handling, condensed, key word index, searchable. | 70.00 |
| 1 | Underseal excerpts, bound separate | 25.00 |
| 1 | Quality control, proofing | 14.00 |
| 1 | E-transcript File Delivery | 35.00 |
| 1 | UPS shipping charges | 14.00 |
| 1 | Code compliance | 6.00 |

Invoice Total: 463.00
Payments: 463.00
Total Amount Due: 0.00

We Appreciate Your Business

Payment due upon receipt. Mail to: L.A. Reporters, 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067. Federal I.D.: 37-1621867 Legal and collection fees are the responsibility of the debtor. We understand that some law firms pass the bills through to their clients and/or carriers, however clients of LA Reporters remain fully responsible to pay the invoices billed to them.

**Exhibit 4**

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700


LA Reporters

## INVOICE

THE PATEL LAW FIRM, P.C.
ATTN: Natu Patel
2532 Dupont Drive
Irvine, CA 92612

Invoice Number: 104027
Invoice Date: 04/16/2012

Client Phone: 949-955-1077

In RE: Inhale, Inc. vs. Starbuzz Tobacco, Inc
Wael Salim Elhalawani
Attendance Date: 04/13/2012  Reporter: Darlene Lewis

| Qty Description | Ext |
|---|---|
| 118 Rough Ascii | 147.50 |
| Invoice Total: | 147.50 |
| Payments: | 147.50 |
| Total Amount Due: | 0.00 |

We Appreciate Your Business

Payment due upon receipt. Mail to: L.A. Reporters, 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067. Federal I.D.: 37-1621867 Legal and collection fees are the responsibility of the debtor. We understand that some law firms pass the bills through to their clients and/or carriers, however clients of LA Reporters remain fully responsible to pay the invoices billed to them.

L.A. Reporters
2112 Century Park Lane
Suite 415
Los Angeles, CA 90067
(800) 675-9700



# INVOICE

| | |
|---|---|
| THE PATEL LAW FIRM, P.C.<br>ATTN: Natu Patel<br>2532 Dupont Drive<br>Irvine, CA 92612 | Invoice Number: 104065<br>Invoice Date: 04/25/2012<br><br>Client Phone: 949-955-1077 |

In RE:   Inhale, Inc. vs. Starbuzz Tobacco, Inc
         Wael Salim Elhalwani
         Attendance Date: 04/13/2012   Reporter: Darlene Lewis

| Qty | Description | Ext |
|---|---|---|
| 120 | Certified Copy Pages, Copy Sale | 420.00 |
| 3 | Color exhibits | 6.00 |
| 1 | Transcript Handling, condensed, key word index, searchable . | 70.00 |
| 1 | Quality control, proofing | 14.00 |
| 1 | Under Seal Transcript | 25.00 |
| 1 | UPS shipping charges | 14.00 |
| 1 | Code compliance | 6.00 |
| | Invoice Total: | 555.00 |
| | Payments: | 555.00 |
| | Total Amount Due: | 0.00 |

We Appreciate Your Business

Payment due upon receipt. Mail to: L.A. Reporters, 2112 Century Park Lane, Suite 415, Los Angeles, CA 90067. Federal I.D.: 37-1621867 Legal and collection fees are the responsibility of the debtor. We understand that some law firms pass the bills through to their clients and/or carriers, however clients of LA Reporters remain fully responsible to pay the invoices billed to them.