O

# United States District Court
# Central District of California

| | |
|---|---|
| INHALE, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>STARBUZZ TOBACCO, INC.; WAEL SALIM ELHALAWANI, <br><br>　　　　　　Defendants. <br><br>STARBUZZ TOBACCO, INC., <br><br>　　　　　　Counterclaimant, <br><br>INHALE, INC.; ROES 1–10, inclusive, <br><br>　　　　　　Counterdefendants. | Case No. 2:11-cv-03838-ODW(FFMx) <br><br>**ORDER VACATING HEARING DATE ON APPLICATION FOR ATTORNEY FEES [87]** |

On June 16, 2014, Defendants Wael Salim Elhalawani and Starbuzz Tobacco, Inc. filed an Application for Attorney Fees in accordance with the Ninth Circuit's decision denying rehearing en banc and awarding them attorneys' fees incurred on appeal. (ECF No. 87.) Defendants noticed a hearing on August 18, 2014, for the Application. But on June 10, 2014, the Court received an order from the Ninth Circuit staying the issuance of the mandate 90 days or until the Supreme Court rules on a petition for writ of certiorari if Plaintiff Inhale, Inc. files one. (ECF No. 86.) The

earliest this Court will regain jurisdiction is therefore Monday, September 8, 2014—well after the noticed hearing date.

The Court therefore **VACATES** the August 18, 2014 hearing date. The Court further **ORDERS** Defendants to file an amended notice of hearing once the Ninth Circuit issues a mandate in this case. Defendants shall file their amended notice no later than one week following issuance of the mandate, and they shall notice the new hearing date for 28 days following the date they file their amended notice. Plaintiff shall submit its opposition, if any, 7 days after Defendants file their amended notice, and Defendants shall thereafter file their reply, if any, 14 days after they file their amended notice. These time periods are consistent with those set forth in Local Rules 7-9 and 7-10.

**IT IS SO ORDERED.**

June 19, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**