UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03838-ODW(FFMx) | Date | February 12, 2015 |
|---|---|---|---|
| Title | Inhale, Inc. v. Starbuzz Tobacco, Inc. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila Enlgish | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   Order Vacating Hearing on   APPLICATION for Attorney Fees [87]

The hearing on the above-referenced MOTION, scheduled for February 23, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | se | |